# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144329

ROOSEVELT HENDRIX,
   Plaintiff-Appellee,

v

CITY OF DETROIT, AMRU MEAH, and
DAVID CLARK,
   Defendants-Appellants.

SC: 144329
COA: 299166
Wayne CC: 07-731709-CZ

_____/

On order of the Court, the application for leave to appeal the October 13, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REINSTATE the June 15, 2010 order of the Wayne Circuit Court. MCL 125.541(7) entitles the defendant City to a money judgment against the owner of a dangerous building for the full cost of the building's demolition. The City is also entitled to a judgment lien against the property on which the building sat, but nothing in the statute limits the City to that relief.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

h0425